IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-CR-158-WKW |
| | ) | [18 USC 371] |
| TUMEKIA L. SANDERS | ) | |
| | ) | **INFORMATION** |

The United States Attorney charges:

## COUNT 1

1. At all times relevant to this Information, the defendant TUMEKIA L. SANDERS was employed by a tax preparation business in Montgomery, Alabama.

2. From in or about January 2005 through in or about April 2005, in Montgomery County, in the Middle District of Alabama, and elsewhere, the defendant

TUMEKIA L. SANDERS

did conspire with others for the purpose of impeding, impairing, obstructing, and defeating the lawful Government functions of the Internal Revenue Service ("IRS") in the ascertainment, computation, assessment, and collection of revenue, that is, income taxes.

3. In order to effect the object of the conspiracy, between in or about January 2005 and in or about April 2005, SANDERS committed overt acts in the Middle District of Alabama. Among others, SANDERS caused to be filed with the IRS approximately ten federal income tax returns for the year 2004 that claimed refunds that SANDERS knew were well in excess of the refunds, if any, to which the taxpayers were entitled.

All in violation of Title 18, United States Code, Section 371.

*[signature]*
LEURA G. CANARY
United States Attorney

*[signature]*
Andrew O. Schiff
Assistant United States Attorney