IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07CR158-WKW |
| TUMEKIA L. SANDERS | ) | |

ORDER

The defendant, Tumekia L. Sanders, has indicated to the court that he wishes to enter a consent plea. Therefore, it is

ORDERED that the defendant shall appear with counsel on Friday, 8/24/2007 at 3:00 p.m., Courtroom 4-A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama, to enter a consent plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this <u>23rd</u> day of August, 2007.

TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE