# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

TUMEKIA L. SANDERS

WAIVER OF INDICTMENT

CASE NUMBER: 2:07CR158-WKW

I, __TUMEKIA L. SANDERS__, the above named defendant, who is accused of

VIOLATIONS OF TITLE 18 USC § 371,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/24/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

_/s/ Tumekia Sanders_
Defendant

_/s/_
Counsel for Defendant

Before _/s/_
Judicial Officer