IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cr-0158-WKW |
| | ) | |
| TUMEKIA L. SANDERS | ) | |

**<u>ORDER</u>**

Upon consideration of the Government's unopposed Motion to Continue Sentencing (Doc. # 14), it is ORDERED that the motion is GRANTED. The sentencing hearing is CONTINUED from December 6, 2007, to **May 14, 2008, at 9:00 a.m.**

DONE this 27th day of November, 2007.

                                                    /s/   W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE