IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr158-WKW |
| | ) | |
| TUMEKIA L. SANDERS | ) | |

## MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1.   Sentencing for the above referenced defendant is presently scheduled for May 14, 2008, before the Honorable W. Keith Watkins.

2.   Defendant has agreed to cooperate, and defendant is expected to testify in the matter United States v. Tommy Jordan, Crim. No. 2:07cr285-MHT.  Trial in the Jordan case is currently scheduled for June 23, 2008.  However, based on discussions with Jordan's attorney, the Government anticipates that the trial will be continued until Judge Thompson's subsequent trial term, which begins on September 22, 2008.  Therefore, the Government requests a continuance until approximately October 22, 2008 in order to allow the defendant to complete her cooperation

3.   Defense counsel for Defendant Sanders has been contacted and has no objection to a continuance.

Based upon the above stated reasons, the United States respectfully requests a continuance in the sentencing of this case.

Respectfully submitted this the 29th day of April, 2008.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/Andrew O. Schiff
>ANDREW O. SCHIFF
>Assistant United States Attorney
>131 Clayton Street
>Montgomery, AL 36104
>Phone: (334)223-7280
>Fax: (334)223-7135
>E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07cr158-WKW |
| ) | |
| TUMEKIA L. SANDERS ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jon Carlton Taylor, Esq.

Respectfully submitted,

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: andrew.schiff@usdoj.gov