IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 2:07-cr-0158-WKW |
| ) | |
| TUMEKIA L. SANDERS ) | |

### **ORDER**

Upon consideration of the government's unopposed Motion to Continue Sentencing (Doc. # 16), it is ORDERED that the motion is GRANTED. The sentencing hearing is continued from May 14, 2008 to **November 19, 2008, at 10:00 a.m.**

DONE this 6th day of May, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE