IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr158-WKW |
| | ) | |
| TUMEKIA L. SANDERS | ) | |

## MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1.      Sentencing for the above referenced defendant is presently scheduled for November 19, 2008, before the Honorable William Keith Watkins.

2.      Defendant has agreed to cooperate, and defendant is expected to testify in the matter United States v. Tommy Jordan, Crim. No. 2:07cr285-MHT.  On August 26, 2008, an Order was entered continuing the trial in the Jordan case from September 22, 2008, until January 5, 2009.  Therefore, the Government requests a continuance until approximately February 2009, in order to allow the defendant to complete her cooperation.

3.      Defense counsel for Defendant Sanders has been contacted and has no objection to a continuance.

Based upon the above stated reasons, the United States respectfully requests a continuance in the sentencing of this case.

Respectfully submitted this the 29th day of August, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr158-WKW |
| | ) | |
| TUMEKIA L. SANDERS | ) | |

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 29, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following: Jon Carlton Taylor, Esq.

            Respectfully submitted,

            /s/Andrew O. Schiff
            ANDREW O. SCHIFF
            Assistant United States Attorney
            131 Clayton Street
            Montgomery, AL 36104
            Phone: (334)223-7280
            Fax: (334)223-7135
            E-mail: andrew.schiff@usdoj.gov