IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07cr158-WKW |
| | ) | |
| TUMEKIA L. SANDERS | ) | |

**ORDER**

Upon consideration of the United States' unopposed Motion to Continue Sentencing (Doc. # 18), and for good cause shown, it is ORDERED that the motion is GRANTED. Sentencing in this matter is CONTINUED from November 19, 2008, to February 5, 2009.

DONE this 3rd day of September, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE